**BELMONT INTERNATIONAL, INC.,**
**a New York Corporation,**
**Plaintiff–Appellant,**

**v.**

**AMERICAN INTERNATIONAL SHOE COMPANY, an Oregon Corporation; First Interstate Bank of Oregon, N.A.; Frank Dulcich; Richard Werth, Defendants–Appellees.**

No. 88–4460.

United States Court of Appeals,
Ninth Circuit.

Sept. 3, 1992.

I. Franklin Hunsaker, Thomas A. Gordon, Christopher A. Rycewicz and Randy L.

Arthur, Bullivant, Houser, Bailey, Pendergrass & Hoffman, Portland, Or., for plaintiff-appellant.

Lee C. Nusich, First Interstate Bank of Oregon and Jeffrey M. Batchelor, Lane Powell Spears Lubersky, Portland, Or., for defendant-appellee.

Before: BROWNING, ALARCON and KOZINSKI, Circuit Judges.

ORDER

The Oregon Supreme Court has answered the certified questions we posed to it. *Belmont Int'l v. American Int'l Shoe*, 313 Or. 112, 831 P.2d 15 (1992). The court held that Belmont can make out a claim for money had and received provided it "shows that Bank had no security interest" in the disputed funds. *Id.* 831 P.2d at 22. A security interest will not arise in funds that Belmont can show were deposited after the Bank had "actual knowledge of the consignment relationship." *Id.* at 19.

Accordingly, we reverse the district court's dismissal of plaintiff's complaint and remand this case for further proceedings consistent with the Oregon Supreme Court's opinion.